UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE BOUSLEY, | Case No.: 2:22-cv-00769-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| BONNIE POLLEY, et al., | |
| Defendants | |

On July 30, 2022, I screened plaintiff Antoine Bousley's complaint and allowed him to proceed on his First Amendment free exercise of religion claim against defendants Polley, Logan, Forbus, and Myers. ECF No. 4 at 8. In my screening order, I also requested that the defendants waive service of summons and the complaint. *Id.* at 9. The screening order included a notice of a lawsuit, which noted that if the defendants did not waive service, I would order the United States Marshals Service to personally serve the summons and complaint. *Id.* at 10. The defendants have not filed a waiver of service. None of defendants waived service or otherwise responded to my order. In addition, I have been informed in another case that Ms. Polley has died.

I therefore order the Clerk of Court to issue summonses for defendants Logan, Forbus, and Myers and deliver them to the U.S. Marshal for service. The Clerk will also send sufficient copies of the complaint (ECF No. 5) and this order to the U.S. Marshal for service on the defendants.

I further order that the Clerk send to Bousley **five** USM-285 forms. Bousley will have **30 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form.

I further order that, within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Bousley must file with the court a notice identifying which defendants were served and which were not served, if any. If Bousley wishes to have service again attempted on an unserved defendant, then he must file a motion identifying the unserved defendant and specifying a more detailed name and/or address for each such defendant, or whether some other manner of service should be attempted.

I further order Bousley to serve upon the defendants or, if an appearance has been entered by counsel, upon their attorney, a copy of every pleading, motion or other document submitted for consideration by the court. If Bousley electronically files a document with the court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Bousley mails a document to the court, he shall include with the original document submitted for filing a certificate stating the date that a copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Bousley shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a judge or which has not been filed with the Clerk, and any document received by a judge or the Clerk that fails to include a certificate showing proper service when required.

Dated: October 19, 2022

_____
U.S. District Judge