UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE BOUSLEY, <br><br> Plaintiff, <br><br> v. <br><br> BONNIE POLLEY, *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-00769-JAD-EJY <br><br> **ORDER** |

Pending before the Court is Plaintiff's Notice Regarding Service of Process and Request for Alternative Service of Process. ECF No. 11. Plaintiff asks the Court to serve Defendants Fred Myers and Forbus because they "have retired from CCDC" and is "unable to obtain a new address for service of process." *Id.* at 2. The Court notes that summonses were issued for Defendants Myers and Forbus but unserved because "LVMPD wont accept because employee is retired." ECF No. 10. Defendant Ramona Logan was served and is represented by Lewis Brisbois Bisgaard & Smith LLP. *See* ECF No. 12

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice Regarding Service of Process and Request for Service of Process (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that within twenty-one (21) days of the date of this Order Lewis Brisbois Bisgaard & Smith, counsel for Defendant Ramona Logan, must file a notice with the Court advising whether he will accept service on behalf of unserved Defendants Fred Myers and Forbus. If service cannot be accepted, which the Court anticipates, within this same twenty-one day period, Lewis Brisbois must work with the General Counsel's office of the Las Vegas Metropolitan Police Department to obtain the last known addresses for Messrs. Myers and Forbus and file those addresses under seal, without serving Plaintiff. If the last known address of a defendant is a post office box, Lewis Brisbois shall attempt to obtain and provide the last known physical address.

IT IS FURTHER ORDERED that if Lewis Brisbois accepts service of process for an unserved defendant, each such defendant must file and serve an answer or other response to the Complaint (ECF No. 5) within sixty (60) days from the date of this Order.

IT IS FURTHER ORDERED that if Lewis Brisbois and Plaintiff are unable to provide any information to locate unserved Defendants Fred Myers and Forbus so that they may be served, they will be dismissed without prejudice.

Dated this 6th day of December 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE