UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTOINE BOUSLEY, | Case No.: 2:22-cv-00769-APG-EJY |
|---|---|
| Plaintiff | **Order** |
| v. | |
| BONNIE POLLEY, et al., | |
| Defendants | |

On February 15, 2023, plaintiff Antoine Bousley was advised by the court that his claims against defendant Bonnie Polley would be dismissed without prejudice unless he filed proper proof of service or showed good cause why such service was not timely made. ECF No. 29. Bousley responded by confirming that Ms. Polley is deceased and moving to substitute in her place the new chaplain who replaces Ms. Polley. ECF No. 33. The motion to substitute will be decided by Magistrate Judge Youchah. In the meantime, I will dismiss the claims against Ms. Polley without prejudice to assert them against the new chaplain should Judge Youchah grant the motion.

I THEREFORE ORDER that the claims asserted in this case against Bonnie Polley are dismissed without prejudice to re-filing them against the new chaplain should the plaintiff be granted permission to bring that person into this case.

Dated: March 24, 2023

_____

U.S. District Judge