UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTOINE BOUSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNIE POLLEY, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00769-APG-EJY<br><br>**ORDER** |

On May 9, 2023, Defendants filed a Status Report under seal stating the name and address of the trustee for the estate of deceased Defendant Bonnie Polley (the "Trustee"). ECF No. 44. In consideration of the Court's prior Orders concerning this issue (ECF No. 37, 41), the process for service on the Trustee is ordered.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for the Trustee and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; the Court's Screening Order (ECF No. 4); and Plaintiff's Complaint (ECF No. 5).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order. **Plaintiff must** fill in his signature and the case name, number, and any other information he is able to complete and return the form to the Clerk's Office by mail no later than **June 12, 2023**.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form in the Clerk's Office, the Clerk of Court **must** file the USM-285 form **under seal**, record the same on the docket, and deliver a copy of the completed form to the U.S. Marshal **within one Court Day of receipt**.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** take all action necessary to attempt service of the summons, Plaintiff's Complaint, the Court's Screening Order, and this Order on the Trustee no later than **fifteen days** after receipt of the completed USM-285 form.

1

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Bonnie Polley may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 10th day of May 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2