UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTOINE BOUSLEY,                                            Case No.: 2:22-cv-00769-APG-EJY

        Plaintiff,

    v.                                                              **ORDER**

BONNIE POLLEY, *et al.*,

        Defendants.

      IT IS HEREBY ORDERED that the attached copy of the Summons, which the Court has redacted, is filed on the public docket.  The Summons demonstrates service on the estate of deceased defendant Bonnie Polley occurred on June 15, 2023.

      Dated this 27th day of June, 2023.


_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Nevada

| | |
|---|---|
| Antoine Bousley | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Polley et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:22-cv-00769-APG-EJY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trustee
Lori Keyne Polley
█████████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Antoine Bousley
41891
Lovelock Correctional Center
1200 Prison Rd
Lovelock, NV 89419

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

*Edra K Kempi*

(By) DEPUTY CLERK

06/09/2023

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-00769-APG-EJY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lori Keyne Polley

was received by me on *(date)*   06/12/2023   .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* ▮▮▮▮▮

▮▮▮▮ _____ , a person of suitable age and discretion who resides there,

on *(date)* 06/15/2023 , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ ▮▮▮▮ for travel and $ ▮▮▮▮ for services, for a total of $ ▮▮▮   0.00

I declare under penalty of perjury that this information is true.


Date: 06/15/2023

_____
*Server's signature*

Jimmy Sichanh Dusm
*Printed name and title*
**U.S. Marshals Service**
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 2300
Tucson, AZ 85701-5021

_____
*Server's address*

Additional information regarding attempted service, etc: