UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE BOUSLEY, | Case No.: 2:22-cv-00769-APG-EJY |
| Plaintiff | **Order Affirming Magistrate Judge Order** |
| v. | [ECF No. 89] |
| BONNIE POLLEY, et al., | |
| Defendants | |

Plaintiff Antoine Bousley moved to compel the defendants to provide more fulsome responses to his discovery requests. ECF No. 70. Magistrate Judge Youchah denied that motion. ECF No. 87. Bousley filed a limited objection to that order. ECF No. 89. I have reviewed the objection, Judge Youchah's Order, and the underlying papers. Judge Youchah's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Youchah's Order **(ECF No. 87) is affirmed** in its entirety, and Mr. Bousley's appeal **(ECF No. 89) is denied**.

Dated: October 3, 2023

_____

U.S. District Judge