# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTOINE BOUSLEY,

    Plaintiff

v.

BONNIE POLLEY, et al.,

    Defendants

Case No.: 2:22-cv-00769-APG-EJY

**Order Accepting Magistrate Judge's Recommendation**

[ECF Nos. 97, 98]

    Plaintiff Antoine Bousley moved to amend his complaint to add several new claims and parties. ECF No. 76.  Magistrate Judge Youchah granted the motion in part, allowing the substitution of two parties, but recommended that I deny Bousley's request to add new claims. ECF No. 97.  Bousley filed a limited objection, appealing only the denial of his ability to assert a claim for violation of the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA). ECF No. 98.  Because Bousley did not object to the rest of Judge Youchah's recommendation or her order, I may accept those without review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (holding district judge not required to conduct "any review at all ... of any issue that is not the subject of an objection"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.") (simplified).

    I have conducted a de novo review of Judge Youchah's recommended denial of the RLUIPA claim as required by Local Rule IB 3-2.  Judge Youchah's recommendation is based upon proper legal analysis and factual basis.  I accept her recommendation.

I THEREFORE ORDER that Magistrate Judge Youchah's Order and Report and Recommendation (ECF No. 97) is accepted and approved in its entirety. Bousley's motion to add a claim under RLUIPA (ECF No. 76) is denied.

Dated: December 5, 2023

_____
Andrew P. Gordon
United States District Judge